TUAN VAN LAI, SBN 182967
tvlai@earthlink.net
LAW OFFICES OF TUAN VAN LAI
5591 Sky Parkway, Suite 407
Sacramento, CA  95823
Phone:  (916)399-4980
Fax:     (916)399-4982

Attorney for Defendant
DANIEL VIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                Plaintiff,<br><br>v.<br><br>DANIEL VIEN and Does 1-10,<br><br>                Defendants. | Case No. 2:16-cv-00465-JAM-AC<br><br>**ORDER ON STIPULATION TO SET ASIDE ENTRY OF DEFAULT** |

    Plaintiff SCOTT JOHNSON ("Plaintiff"), and Defendant DANIEL VIEN ("Defendant") by and through their attorneys of record having stipulated that the Clerk's Entry of Default against Defendant is hereby set aside.  Defendant shall have ten days after the date of this order to file its answer to the complaint.

**IT IS SO ORDERED,**

  Dated:  9/14/2016               /s/ John A. Mendez_____
                                                UNITED STATES DISTRICT COURT JUDGE