UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:16-cv-00465-JAM-AC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| DANIEL VIEN, | |
| Defendant. | |

Defendant is proceeding in this matter pro se, and accordingly this action was referred to the undersigned pursuant to Local Rule 302(c)(21). On October 10, 2019, plaintiff filed a notice of settlement, acknowledging that dispositional documents were due by November 4, 2019. ECF No. 32. The parties have not filed their dispositional documents. The parties are hereby ORDERED to file dispositional documents no later than November 22, 2019.

DATED: November 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE