UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:16-cv-0465 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| DANIEL VIEN, | |
| Defendant. | |

Defendant is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On October 10, 2019, plaintiff filed a notice of settlement indicating that dispositional documents would be filed by November 4, 2019. ECF No. 32. That date passed without any filing. On November 7, 2019, the court ordered the parties to file dispositional documents by November 22, 2019. ECF No. 33. That date also passed without any filing.

Local Rule 110 provides that failure to comply with the Local Rules or court orders "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." The parties are hereby ORDERED to file their dispositional documents by December 18, 2019. Failure to make a timely filing may result in sanctions.

DATED: December 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE