UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL VIEN,<br><br>　　　　Defendant. | No. 2:16-cv-0465 JAM AC PS<br><br><br><br>ORDER |

Defendant is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On October 10, 2019, plaintiff filed a notice of settlement indicating that dispositional documents would be filed by November 4, 2019. ECF No. 32. That date passed without any filing. On November 7, 2019, the court ordered the parties to file dispositional documents by November 22, 2019. ECF No. 33. That date also passed without any filing. On December 4, 2019, the court ordered that dispositional documents be filed by December 18, 2019, and cautioned that failure to timely file would result in sanctions. ECF No. 34. Again, there was no timely filing.

Local Rule 110 provides that failure to comply with the Local Rules or court orders "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." The parties are hereby ORDERED to file their dispositional documents by January 3, 2020. Failure to make a timely filing may result in sanctions above and beyond those imposed here. Further, plaintiff's counsel is ORDERED to pay sanctions to the

court in the amount of $50.00 no later than January 3, 2020.[1]  Failure to file dispositional documents by the new January 3, 2020 deadline will result in further sanctions.

DATED: December 19, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Only plaintiff's counsel is charged because plaintiff filed the initial notice of settlement. ECF No. 32.